**Fill in this information to identify the case:**

Debtor 1    Warren R. Easley

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of  Columbia
                                                                                       (State)

Case number    14-00509

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES II TRUST, A DELAWARE STATUTORY TRUST

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 8109 ____ ____ ____

**Property address:** 1361 Florida Avenue Northeast
                         Number      Street

                         Washington, D.C. 20002
                         City                  State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     The next postpetition payment from the debtor(s) is due on: ___/___/_____
                                                    MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     Creditor asserts that the total amount remaining unpaid as of the date of this response is:

     a. Total postpetition ongoing payments due:      (a) $ 4,216.36

     b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ 60.00

     c. **Total**. Add lines a and b.      (c) $ 4,276.36

     Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    12 / 1 / 2019
                                                       MM / DD / YYYY

Debtor 1  Warren R. Easley
         First Name   Middle Name   Last Name

Case number (*if known*) 14-00509

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Richard Painter, Esq.  (rdp)
Signature

Date  01 / 23 / 2020

Print: Richard Painter, Esq.
       First Name   Middle Name   Last Name

Title: Attorney for creditor

Company: McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 312 Marshall Ave, Suite 800
         Number   Street

         Laurel, MD 20707
         City        State   ZIP Code

Contact phone (301) 490 - 3361

Email: bankruptcyva@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2020 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, Maryland  21401


Harris S Ammerman
Ammerman & Goldberg
1115 Massachusetts Avenue, NW
Washington, D.C.  20005
hsabankruptcy@aol.com


I hereby further certify that on the 23rd day of January, 2020, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Warren R. Easley
PO BOX 91731
Washington, D.C.  20090
(Via U.S Mail)

*/s/ Richard Painter, Esq.*
Richard Painter, Esq.